# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HEATHER N.Y.[1],                            Case No. 2:24-cv-3994
    Plaintiff,                                Marbley, D.J.
                                              Litkovitz, M.J.
   vs.

COMMISSIONER OF                       **REPORT AND**
SOCIAL SECURITY,                     **RECOMMENDATION**
    Defendant.

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment in favor of plaintiff pursuant to Fed. R. Civ. P. 58. (Doc. 8).

Pursuant to the parties' agreement, this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering plaintiff a new hearing.

**IT IS THEREFORE RECOMMENDED THAT:**

1. The parties' joint motion to remand (Doc. 8) be **GRANTED**;

2. This case be **REMANDED** to the Commissioner of Social Security for further administrative proceedings; and

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

3. The Clerk of Court be **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

Date: 2/21/2025

Karen L. Litkovitz
United States Magistrate Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HEATHER N.Y.,                       Case No. 2:24-cv-3994
    Plaintiff,                        Marbley, D.J.
                                     Litkovitz, M.J.

    vs.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).