IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HEATHER N.Y., | : |
| | : |
|     Plaintiff, | :   Case No. 2:24-cv-3994 |
| | : |
| v. | :   Judge Algenon L. Marbley |
| | :   Magistrate Judge  Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
|     Defendant. | : |

## ORDER

This matter is before this Court on the Magistrate Judge's Report and Recommendation recommending that this Court grant the pending motion to remand. (ECF No. 9). Parties filed a joint motion to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 8). Upon remand, the Parties provide that "the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing." (*Id*.). The Magistrate Judge recommended this Court grant the motion; remand this case to the Commissioner for further administrative proceedings; and direct the clerk of the court to enter a separate judgment as required by Fed. R. Civ. P. 58.  (ECF No. 9).

The initial motion was unopposed and no objections have been filed to the Report and Recommendation. Noting that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 9). Accordingly, the Motion (ECF No. 8) is **GRANTED** and the matter is hereby **REMANDED** to

1

the Commissioner of Social Security for further administrative proceedings. The Clerk of Court be **DIRECTED** to enter a separate judgment as required by Fed. R. Civ. P. 58.

    **IT IS SO ORDERED.**

                                                      **ALGENON L. MARBLEY**
                                                      **UNITED STATES DISTRICT JUDGE**

**DATED:  April 21, 2025**